## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **DON'T DISMYABILITIES, INC.,** | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 3:17-CV-3026-L** |
| | § | |
| **v.** | § | |
| | § | **DISABILITY ACCOMMODATIONS** |
| **THE CITY OF DALLAS** | § | **DISCRIMINATION COMPLAINT** |
| **Defendant.** | § | **ECF** |
| | § | |

### *MEMORANDUM IN SUPPORT OF MOTION FOR*
### *A TEMPORARY RESTRAINING ORDER*

Don't Dismyabilities, Inc. ("DDMA") moves this Court to enter a temporary restraining order and/or preliminary injunction in accordance with Fed. R. Civ. P. 65 against the City of Dallas ("Dallas").  DDMA seeks a temporary restraining order directing Dallas to comply with the Americans with Disabilities Act,[1] the Rehabilitation Act of 1973, as amended[2], and the Texas Human Resources Code[3] by granting DDMA injunctive relief against Dallas to compel it to construct facilities in compliance with the Americans with Disabilities Act Accessibility Guidelines[4] and the Texas Accessibility Standards.[5]  In support of this Motion, DDMA would show:

---

[1] 42 U.S.C. § 12101 et seq., (the "ADA").

[2] 29 U.S.C. §794 and §794a (the "Rehabilitation Act").

[3] Tex. Hum. Res. Code § 121.001 et seq. (the "THRC").

[4] 28 C.F.R. Part 36, Appendix A (the "ADAAG"). *See also* the Uniform Federal Accessibility Standards (UFAS) (appendix A to 41 CFR Part 101-19.6).  In the present case both standards are exactly the same and for brevity only the ADAAG will be cited hereinafter.

[5] 16 Tex. Amin. Code, § 68 (1994) Tex. Dept. Lic. & Reg. (the "TAS"). The TAS sections are exactly the same as the ADAAG sections cited herein and were copied verbatim from the ADAAG as applied to the architectural barriers described in this pleading.

---

## *FACTUAL BACKGROUND*

1.      DDMA is a not for profit Texas corporation organized exclusively for charitable, religious, educational, and scientific purposes.  The goal of DDMA is to protect the legal rights of persons with mobility impairment disabilities.  DDMA seeks the removal of architectural barriers from government entities, places of public accommodation, commercial facilities, along with employment and living environments.  DDMA attempts to resolve failures to accommodate and failing voluntary compliance, to force the removal of architectural barriers that are structural in nature through litigation and injunctive relief.

2.      Each individual member of DDMA is a resident of the State of Texas and an individual with a disability within the meaning of the ADA 3(2), 42 U.S.C. 12102(2), in that each individual member has a physical impairment that substantially limits one or more of his/her major life activities, and requires the use of a wheelchair or other assistance device for purposes of mobility.

3.      Defendant, the City of Dallas ("Dallas") is a Texas municipality and a "populous home-rule municipality" as that term is defined in Chapter 22 of the Texas Transportation Code. Dallas conducts programs or activities receiving Federal financial assistance as defined by the Rehabilitation Act,[6] and is a public entity as defined by Title II of the ADA and the TABA.

4.      Dallas owns a utility easement between North Edgefield Ave and West Canterbury Court streets in the City of Dallas as shown on the survey plat attached hereto as Exhibit A. At sometime in the past, the easement included a pedestrian pathway with steps constructed in the 1920's between the two streets known as "Kessler Steps."  The walkway was not maintained, many steps broke away and slid down the escarpment, and the entire easement became

---

[6]29 U.S.C. §794.

*MEMORANDUM IN SUPPORT OF  MOTION FOR A TEMPORARY RESTRAINING ORDER*

overgrown by bamboo and underbrush.

5.    Due to the condition of the Kessler Steps, the City of Dallas Risk Management Department closed the pathway holding that it was not adequately safe for use by the general public.  In September 2017 he Dallas City Council approved the construction of The Kessler Steps Pathway Improvement Plan ("Pathway Plan") at a cost of more than $290,000.  A copy of the pathway plan is attached as Exhibit B.

6.    However, the Pathway Plan approved by the City Council does not comply with either state or federal accessibility standards – it is comprised of a series of stairs, with no ramps or other method for anyone using a wheelchair to access the facility.  The plan does not include any accessible route as defined by the Americans with Disabilities Act Accessibility Guidelines or the Texas Accessibility Standards.[7]

7.    The TABA requires that all alterations to covered facilities must comply with the TAS.[8] It further requires that when a public entity property owner engages in new construction or alters a covered facility it must submit the construction plans to TDLR for review[9] and the plans must be  must be submitted to a registered accessibility specialist ("RAS") or contract provider for review to insure the plans meet the TAS.[10]

---

[7]ADAAG/TAS §402.2 Components.  Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts.  All components of an accessible route shall comply with the applicable requirements of Chapter 4.

[8]*Id*. at §469.001 and §469.003(a)(4); *see also* 16 Tex. Amin. Code, §68.20. Buildings and Facilities Subject to Compliance. (a) A building or facility used by a public entity is subject to compliance with the Texas Accessibility Standards (hereinafter "TAS") if it is constructed, renovated, or modified, in whole or in part, on or after January 1, 1970, using funds from the state or a county, municipality, or other political subdivision of the state.

[9]*Id*. at §469.101; 16 Tex. Admin. Code §68.50.

[10]16 Tex. Admin. Code §68.50. Submission of Construction Documents. (a) All plans and specifications for the construction of or alteration to a building or facility subject to §469.101 of the Act must be submitted to a registered accessibility specialist or contract provider for review if the estimated construction cost is at least $50,000. All plans may be submitted in electronic format.

*MEMORANDUM IN SUPPORT OF  MOTION FOR A TEMPORARY RESTRAINING ORDER*

8.      The Kessler Steps Project has been registered with TDLR,[11] however, the undersigned has not been able to determine if the construction documents have been filed within 20 days as is required by law. Listed as the registered accessibility specialist responsible for plan review is RAS 309, Fred Dean Shinault, who states to the undersigned attorney that  he is unfamiliar with The Kessler Steps project, had never seen the Project Registration or Pathway Plan before the undersigned sent it to him, and has not approved the plan for construction.

9.      Attached as Exhibit E is the affidavit of Fred D. Cawyer, AIA, RAS, NCARB, APA, who states that he is familiar with The Kessler Steps site, has reviewed the Pathway Plan, and neither the Pathway Plan nor the current construction meets ADAAG or the TAS.  The Kessler Steps project is not accessible to or useable by individuals with disabilities.

10      Nonetheless, Dallas has begun construction on The Kessler Steps Pathway Plan, as shown by the photographs attached as Exhibit C, that has not been approved by a RAS and complies with neither state nor federal accessibility standards.

### *ARGUMENT AND AUTHORITIES*

A temporary restraining order is an extraordinary remedy that should not be granted unless the movant first proves the elements required generally for injunctive relief: (1) a substantial likelihood of success on the merits; (2) a substantial threat of irreparable harm if the injunction is not granted; (3) that the threatened injury to the movant outweighs any harm to the nonmovant that may result from the injunction; and (4) that the injunction will not undermine the public interest.[12] The grant of interim injunctive relief is "an extraordinary remedy involving the

---

[11]*See* Exhibit D – The Kessler Steps project registration page.

[12]*See Roho, Inc. v. Marquis,* 902 F.2d 356, 358 (5th Cir. 1990); citing Allied Mktg. Group, Inc. v. CDL Mktg., Inc., 878 F.2d 806, 809 (5th Cir.1989); Mississippi Power & Light Co. v. United Gas Pipe Line Co., 760 F.2d 618, 621 (5th Cir. 1985).

*MEMORANDUM IN SUPPORT OF  MOTION FOR A TEMPORARY RESTRAINING ORDER*

exercise of a very far-reaching power, which is to be applied 'only in [the] limited circumstances' which clearly demand it."[13]

1.      **The Likelihood that Plaintiff will Prevail on the Merits.**     The ADA expressly requires that "(e)ach facility or part of a facility constructed by, on behalf of, or for the use of a public entity shall be designed and constructed in such manner that the facility or part of the facility is readily accessible to and usable by individuals with disabilities, if the construction was commenced after January 26, 1992."[14]   Rehabilitation Act regulations require require that recipients of federal financial assistance "shall comply with all applicable requirements of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101–12213) including the Department's ADA regulations (49 CFR parts 37 and 38), the regulations of the Department of Justice implementing titles II and III of the ADA (28 CFR parts 35 and 36)."[15]

Under the TABA, a "building or facility used by a public entity is subject to compliance with the Texas Accessibility Standards (hereinafter "TAS") if it is constructed, renovated, or modified, in whole or in part, on or after January 1, 1970, using funds from the state or a county, municipality, or other political subdivision of the state."[16]   A public entity may not, in determining the site or location of a facility, make selections that have the effect of excluding individuals with disabilities from, denying them the benefits of, or otherwise subjecting them to discrimination.[17]

---

[13]*Direx Isreal, Ltd. v. Breakthrough Medical Corp.*, 952 F.2d 802, 811 (4th Cir. 1992), citing *Instant Air Freight Co. v. C.F. Air Freight, Inc.,* 882 F.2d 797, 800 (3d Cir. 1989).

[14]28 CFR §35.151(a)(1).

[15]49 C.F.R. §27.19(a).

[16]16 Tex. Amin. Code. §68.20(a); *see also* Tex. Gov't Code, §469.001 and §469.003(a)"The standards adopted under this chapter apply to: (1)a building or facility used by the public that is constructed, renovated, or modified, in whole or in part, on or after January 1, 1970, using funds from the state or a county, municipality, or other political subdivision of the state".

[17]28 CFR §35.130(B)(4)(i).

*MEMORANDUM IN SUPPORT OF  MOTION FOR A TEMPORARY RESTRAINING ORDER*

The affidavits and evidence on file show that the plans and specification do not meet federal or state accessibility standards and that Dallas has not filed the pathway construction plans with TDLR as required by state law.

**2.      *Significant Threat of Irreparable Injury.***      Dallas  has begun construction on the Kessler Steps pedestrian pathway that has no accessible route for individuals with disabilities that use wheelchairs.   If the construction is allowed to proceed without any review for compliance with any accessibility standards,  it will be a completed project that complies with neither state or federal law. DDMA's members will face a new Dallas facility that is completely inaccessible to or useable by them. They will suffer irreparable injury.

**3.      *The Threatened Injury to the Movant Outweighs Any Harm to the Nonmovant.***
Granting this temporary restraining order does no more than require Dallas to follow existing state and federal law. If the Kessler Steps project is allowed to continue, it is subject to injunctive relief that will require the entire project to be torn out and reconstructed at a great additional cost to the citizens of Dallas.  There is simply no harm to Dallas by requiring them to construct a pathway that complies with state and federal law and that is accessible to and useable by individuals with disabilities.

**4.      *The Injunction Will Not Undermine the Public Interest.***      There is no public interest that will be disserved by granting the restraining order.  All the requested relief requires is that Dallas  follow existing law.

Wherefore, Plaintiff prays that this Court grant a Temporary Restraining Order and after hearing a preliminary injunction requiring require that Dallas develop plans for an accessible pathway, have those plans reviewed by a RAS for compliance with TAS, and file the project construction documents with TDLR as required by law.

_____

Dated:  November 1, 2017                    Respectfully submitted,

    *s/Kenneth Carden*

**KENNETH D. CARDEN**

Bar Card No. 03787300

Carden Law, PLLC

1409 South Lamar # 601

Dallas, Texas 75215

Tel. 214.485.3535

Fax 214.485.3536

Carden@ADA-Law.com

**FRANCIS KEY**

Bar Card No. 24097255

3132 Colgate

Tyler, TX, 75701

Tel. 903.749.3651

Fax 903.598.7950

francisjkey@gmail.com

**Attorneys for Don't**
**Dismyabilities, Inc.**

*CERTIFICATE OF SERVICE*

This document was served on November 1, 2017 to the

      City Of Dallas Attorney's Office

      1500 Marilla Street, Suite 7dn

      Dallas, TX 75201

by facsimile transmission to (214) 670-0622.

    /s/*Kenneth Carden*

Page 7

Being a tract of land situated in the William Myers Survey, Abstract No. 880 in the City of Dallas, Texas and also being part of the FIRST INSTALLMENT OF KESSLER PARK, an addition to the City of Dallas, Texas according to the map thereof recorded in Volume 3, Page 147, Map Records, Dallas County, Texas and being more particularly described as follows:

Beginning at a 1/2 inch iron rod found at the most Easterly corner of Lot 12, Block 12/3799 of the said FIRST INSTALLMENT OF KESSLER PARK, in the Northwest line of Canterbury Court;

THENCE North 45 degrees 00 minutes 00 seconds West, along the Northeast line of said Lot 12, a distance of 117.72 feet to a yellow capped 1/2 inch iron rod found for angle point;

THENCE North 34 degrees 12 minutes 23 seconds West, remaining along said Lot 12 a distance of 159.13 feet to a yellow capped 1/2 inch iron rod found in the curving Southerly line of Kessler Parkway (Edgefield Ave.) said curve having a central angle of 02 degrees 50 minutes 49 seconds, a radius of 542.90 feet and a chord which bears North 33 degrees 10 minutes 13 seconds and a chord length of 26.97 feet;

THENCE along said curve to the right an arc distance of 26.98 feet to a 1 inch iron pipe found at the most Westerly corner of Lot A, Block 13/3800 of BUFORD'S SUBDIVISION OF LOTS 1,4 AND 5, BLOCK 13/3800, KESSLER PARK ADDITION, FIRST INSTALLMENT as recorded in Volume 15, Page 247, Map Records, Dallas County, Texas;

THENCE South 36 degrees 43 minutes 54 seconds East along the Southwest line of said Lot A, at 130.00 feet passing a 1/2 inch iron rod found at the South corner of said Lot A, same being the Northwest corner of Lot C-1, Block 13/3800 of the SUBDIVISION OF LOT C OF BUFORD'S SUBDIVISION OF LOTS 1,4 AND 5, BLOCK 13/3800, KESSLER PARK ADDITION, FIRST INSTALLMENT as recorded in Volume 17, Page 393, Map Records, Dallas County, Texas, in all a total distance of 165.00 feet to a 1 inch pipe found for an angle point;

THENCE South 43 degrees 33 minutes 08 seconds East, remaining along said Lot C-1, a distance of 114.81 feet to a 3/8 inch iron rod found in the curving Northwest line of Canterbury Court;

THENCE along said curve to the left having a central angle of 04 degrees 54 minutes 54 seconds, a radius of 346.00 feet, a chord which bears South 42 degrees 05 minutes 19 seconds West, a chord length of 29.61 feet, an arc distance of 29.62 feet to the PLACE OF BEGINNING and containing 8252.3 square feet or 0.189 acres of calculated land.



NOTES:
1. BEARING BASIS IS THE MOST SOUTHERLY NORTHEAST LINE OF LOT 12, BLOCK 12/3799 AS SHOWN ON SURVEY OF 1333 CANTERBURY COURT PREPARED BY PRECISE SURVEYING PREPARED 03-23-2015. N 45°00'00"W.

2. UNDERGROUND UTILITIES SHOWN ARE BASED ON ABOVE GROUND EVIDENCE AND CITY RECORDS. LOCATION OF THESE UTILITIES IS APPROXIMATE AND HAS NOT BEEN VERIFIED.

Point of Beginning

1 inch = 40 ft.

40   0   40

IN FEET

STATE OF TEXAS
REGISTERED
STEVE DONALDSON
4004
PROFESSIONAL
LAND SURVEYOR

LEGEND

GW = GUY WIRE          CO = CLEANOUT
VB= SPRINKLER BOX      IPF = IRON PIPE FOUND
WM = WATER METER       IRF = IRON ROD FOUND
P/P = POWER POLE       FH = FIRE HYDRANT
SS MH = SANITARY SEWER MANHOLE
OHE = OVERHEAD ELECTRIC LINE    DENOTES CONC. PVMT

I, Steve Donaldson, Registered Professional Land Surveyor No. 4004, do hereby certify that the plat shown hereon was prepared from an actual survey made on the ground under my supervision and conforms to the Texas Board of Professional Land Surveying minimum standards effective August 28, 2013; the size, location and types of improvements are shown with setback dimensions where applicable. There are no apparent visible encroachments, conflicts or protrusions except as shown. All easements shown are per the reference plat unless noted otherwise. This plat was prepared specifically for the real estate transaction referenced below. The undersigned assumes no responsibility for any other or subsequent use.

By: _____          Date: 02-19-16
Steve Donaldson, Registered Professional Land Surveyor No. 4004

BEARINGS SHOWN ARE CALCULATED FROM FIELD
OBSERVATIONS AND ARE BASED ON THE
REFERENCED PLAT UNLESS NOTED OTHERWISE

CARMAN-DONALDSON SURVEYING
206 SWEETGUM DRIVE
MURPHY, TEXAS 75094
214-878-8774 FAX 972-516-9935

**Exhibit A**



# Dallas Park & Recreation

1500 MARILLA STREET
ROOM 6-FS
DALLAS, TEXAS 75201

## Canterbury / Edgefield Pathway Improvement

## Kessler Steps

RECOMMENDED FOR APPROVAL: _____ Date _____ Volume _____ Page _____

RECOMMENDED FOR APPROVAL: _____ Date _____ Volume _____ Page _____

PARK AND RECREATION BOARD APPROVAL: _____ Date _____ Volume _____ Page _____

Issued For Review
08.18.2017
Not For Construction

la terra studio
2700 Swiss Avenue ~ Dallas ~ Texas ~ 75204
214.749.0333
TX Firm Registration No. BR840

REGISTERED LANDSCAPE ARCHITECT
KRISTIAN M. BROUSSARD
STATE OF TEXAS
2117
Not For Construction

## LOCATION MAP

N

## GENERAL CONSTRUCTION NOTES

1. THE CITY OF DALLAS "CITY SPECIFICATIONS" IS MADE UP OF THE CURRENT VERSIONS OF THE (a) STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION FOR NORTH CENTRAL TEXAS COUNCIL OF GOVERNMENTS (NCTCOG), (b) CITY OF DALLAS SPECIAL PROVISIONS WHICH MODIFY THE STANDARD SPECIFICATIONS AND (c) CITY OF DALLAS STANDARD CONSTRUCTION DETAILS. THESE STANDARD DETAILS, THE "CITY SPECIFICATIONS" SHALL BE MADE A PART OF THESE CONSTRUCTION PLANS AND ARE APPLICABLE TO CONSTRUCTION INSPECTED BY THE PUBLIC WORKS INSPECTORS.

2. IN THE EVENT AN ITEM IS NOT COVERED IN THE "CITY SPECIFICATION" OR "TECHNICAL SPECIFICATION" THE CONTRACTOR SHALL NOTIFY THE CITY AND THE CITY APPROVE ANY ADDITIONS OR MODIFICATIONS TO THE WORK REQUIRED.

3. ALL WASTE MATERIAL AND/OR EXCESS EXCAVATION NOT USED AS PART OF THE WORK SHALL BE REMOVED FROM THE JOB SITE AND DISPOSED OF AT ACCEPTABLE LOCATIONS IN ACCORDANCE WITH ALL LOCAL, STATE AND FEDERAL REGULATIONS.

4. THE CONTRACTOR SHALL BE REQUIRED, AT ALL TIMES, DURING THE CONSTRUCTION TO PROVIDE SIGNS, BARRICADES, AND OTHER SAFETY DEVICES AT EACH WORK SITE, INCLUDING THE "OFF" SITE AND "ON" SITE IN ORDER TO PROTECT THE PUBLIC SAFETY AND HEALTH UNTIL ALL OF THE WORK HAS BEEN COMPLETED AND ACCEPTED.

5. THE CONTRACTOR SHALL BE RESPONSIBLE FOR LOCATING ALL UTILITIES, INCLUDING THE FRANCHISE UTILITIES, AND UNDERGROUND STRUCTURES WHETHER OR NOT THEY ARE SHOWN ON THE PLANS. THE CONTRACTOR SHALL BE RESPONSIBLE FOR ALL DAMAGE TO THE EXISTING UTILITIES OR STRUCTURES CAUSED BY HIS FORCES AND SHALL REPAIR ANY DAMAGE TO THEM CAUSED DURING THIS WORK, AT NO COST TO THE CITY.

6. THE CONTRACTOR IS RESPONSIBLE FOR PROTECTION OF ALL EXISTING FACILITIES IN AND AROUND THE PROJECT AREA. THESE INCLUDE TREES, PLANTINGS, CONCRETE WALK/DRIVES, SIGNS AND OTHER FACILITIES FOUND ON THE SITE. ALL CONTRACTOR DAMAGE TO THESE IMPROVEMENTS SHALL BE REPLACED, AT NO COST TO THE CITY.

7. THE CONTRACTOR SHALL BE RESPONSIBLE FOR CARE OF ALL WATER DURING CONSTRUCTION. ALL PERMANENT WORK SHALL BE CONSTRUCTED IN AREAS FREE FROM WATER. THE CONTRACTOR SHALL CONSTRUCT AND MAINTAIN ALL DITCHES, LEVEES, COFFERDAMS, DIVERSIONS, PUMPS ETC. AS NECESSARY TO KEEP THE WORK AREAS FREE FROM WATER.

8. THE CONTRACTOR SHALL PROVIDE WARNING SIGNS AND BARRICADES AT LOCATIONS WHERE EXISTING SIDEWALK HAS BEEN REMOVED.

9. THE CONTRACTOR SHALL WORK TO MINIMIZE DAMAGE TO EXISTING PLANT MATERIALS BEHIND AND ADJACENT TO THE WALLS. WHOLESALE REMOVAL OF PLANTS WILL NOT BE ALLOWED. EXCESS DAMAGE TO PLANT MATERIALS WILL BE REPLACED BY CONTRACTOR.



W. CANTERBURY COURT

SCALE IN FEET
0  15  30  35  60

LOT C-1
BLOCK 13/3800

BUFORD SUBDIVISION OF
BLOCK C-1
AND OF
KESSLER PARK NO. 1
VOLUME 5, PAGE 93
D.R.D.C.T.

PRIVATE PROPERTY
~ CONTRACTOR STAGING NOT ALLOWED ~

EXISTING STEPS TO REMAIN

EXISTING 18" R.C.P.
DRAIN OUTLET

EXISTING HISTORIC ROCKERY WALL
(PROTECT IN-PLACE)

LOCATE & FLAG PROPERTY BOUNDARIES
(Locate BY CITY, DELINEATION BY CONTRACTOR)

REMOVE C.I.P. FLUME EDGE

PRIVATE PROPERTY
~ CONTRACTOR STAGING NOT ALLOWED ~

LOT 12
BLOCK 12/3799

BUFORD SUBDIVISION OF LOTS 1-4,
5 IN BLOCK 12/3799 ADDITION
VOLUME 16, PAGE 247
D.R.D.C.T.

VEGETATION REMOVAL (BAMBOO ONLY) ALONG PROPOSED PATHWAY
+ 6' ON EACH SIDE, BUT NOT WITHIN 6' OF ADJACENT PROPERTY LINE

LOT A
BLOCK 13/3800

BUFORD SUBDIVISION OF LOTS 1-4,
AND OF
PART NO. 5 IN BLOCK 3 3800 ADDITION
VOLUME 16, PAGE 247
D.R.D.C.T.

PRIVATE PROPERTY
~ CONTRACTOR STAGING NOT ALLOWED ~

SEE NOTES BELOW

EXISTING CAST CONCRETE STEP REMNANTS
(VEGETATION REMOVAL FOR DELINEATION
ONLY LOCATIONS TBD/100' Max. Distance)

N. EDGEFIELD AVENUE

## SHEET NOTES

2 Working Days BEFORE You Dig!
CALL
Dig Safely 1.800.DIG-TESS
OR 811
www.digtess.org

- PROTECT EXISTING AND HISTORIC SITE ELEMENTS TO REMAIN.  CONTACT CITY PRIOR TO CONSTRUCTION ACTIVITIES.
- ALL PROPERTY BOUNDARIES SHALL BE LOCATED BY THE CITY.  THE CONTRACTOR IS RESPONSIBLE FOR DELINEATING.
  MARKING, FLAGGING AND MAINTAINING AS SUCH THROUGHOUT THE PROJECT DURATION.
- CLEARING PROHIBITED – CONTACT John Woodard, City Forester 214.709.9622 PRIOR TO ANY TREE REMOVAL.
- NEW STONE MASONRY / ROCKERY WALLS TO MATCH EXISTING MATERIALS, COLORS, CRAFTSMANSHIP ETC.
- CONTRACTOR TO REPAIR ANY DAMAGE TO EXISTING CONCRETE, UTILITIES, IRRIGATION, PLANTING AREAS OR TURF
  AREAS AT NO ADDITIONAL COST TO THE CITY.
- CONTRACTOR RESPONSIBLE FOR COMPLIANCE WITH LOCAL, STATE, AND FEDERAL REGULATIONS.
- ALL OTHER DISTURBED (staging, etc.) AREAS TO RECEIVE SOLID BERMUDA SOD AT NO ADDITIONAL COST TO THE OWNER.

la terra studio
2109 Commerce ~ Dallas ~ Texas ~ 75201
214.749.0333

REGISTERED LANDSCAPE ARCHITECT
KRIS W. BROWN
2111
STATE OF TEXAS

Kessler Steps

Canterbury / Edgefield – Pathway Improvement

Dallas Park
& Recreation

ISSUE DATE:  8/18/2017
REVISIONS

DRAWN:  lts    CHECKED:  kb    –lts– # 16022

SITE PREP PLAN

SHEET
PP1.01

© 2017 la terra studio, inc. All Rights Reserved  FILE: 100% CDs.dgn

**Exhibit B**

**Page 2**



**Canterbury / Edgefield – Pathway Improvement**

*Kessler Steps*

**Dallas Park & Recreation**

| | |
|---|---|
| SHEET | # 16022 |

**SP1.01**

OVERALL SITE PLAN

| ISSUE DATE: | 8/18/2017 | DRAWN: | lts | CHECKED: | kb | ~ lts ~ |
|---|---|---|---|---|---|---|
| REVISIONS | | | | | | |

**SHEET NOTES**

- PROTECT EXISTING AND HISTORIC SITE ELEMENTS TO REMAIN. CONTACT CITY PRIOR TO CONSTRUCTION ACTIVITIES.
- ALL PROPERTY BOUNDARIES SHALL BE LOCATED BY THE CITY. THE CONTRACTOR IS RESPONSIBLE FOR DELINEATING MARKING, FLAGGING AND MAINTAINING AS SUCH THROUGHOUT CONSTRUCTION DURATION.
- CLEARING IS PROHIBITED — CONTACT City Forester at 214.709.9622 PRIOR TO ANY TREE REMOVAL.
- NEW STONE MASONRY / ROCKERY WALLS TO MATCH EXISTING MATERIALS, COLORS, CRAFTSMANSHIP ETC.
- CONTRACTOR TO REPAIR ANY DAMAGE TO EXISTING CONCRETE, UTILITIES, IRRIGATION, PLANTING AREAS OR TURF AREAS AT NO ADDITIONAL COST TO THE CITY.
- CONTRACTOR RESPONSIBLE FOR COMPLIANCE WITH LOCAL, STATE, AND FEDERAL REGULATIONS.
- ALL OTHER DISTURBED (staging, etc.) AREAS TO RECEIVE SOLID BERMUDA SOD AT NO ADDITIONAL COST TO THE OWNER.

**2 Working Days BEFORE You Dig!**
CALL
**Dig Safely** 1.800.DIG-TESS OR 811
www.digtess.org

**la terra studio**
2109 Commerce ~ Dallas ~ Texas ~ 75201
214.749.0333

© 2017 la terra studio, inc. All Rights Reserved   FILE: 100% CDs.dgn

W. CANTERBURY COURT

N. EDGEFIELD AVENUE

PRIVATE PROPERTY
~ CONTRACTOR STAGING NOT ALLOWED ~

EXISTING STEPS TO REMAIN

LOT C-1
BLOCK 13/3800
LOUIS SUBDIVISION OF
IN BLOCK C-1, AND 20.1
VOLUME 5, PAGE 393
D.R.D.C.T.

"CONSTRUCTION TO MATCH EXISTING
ROCKERY WALL STONEMASONRY

NEW STEPS WITH STONE
MASONRY BUTTRESS WALL"

EXISTING 18" R.C.P.
DRAIN OUTLET

EXISTING HISTORIC ROCKERY WALL
(PROTECT IN-PLACE)

NEW STEPS BEGIN

LOT 12
BLOCK 12/3799
FORD SUBDIVISION OF LOTS 1-4,
IN BLOCK 12/3799, ADDITION
VOLUME 16, PAGE 247
D.R.D.C.T.

DECOMPOSED GRANITE PATHWAY

TIERED FLAGSTONE PLAZA

EXISTING CAST CONCRETE STEP REMNANTS
(SALVAGE AND REPURPOSE IN
ONLY LOCATIONS TBD 100' Max. Distance)

LOT A
BLOCK 13/3800
BUFORD SUBDIVISION OF LOTS 1-4,
AND 20.1, IN BLOCK 13/3800,
VOLUME 16, PAGE 247
D.R.D.C.T.

NEW STEPS WITH STONE
MASONRY BUTTRESS WALL"

CONNECTION TO COOMBS
CREEK TRAIL (by others)

RAISED PEDESTRIAN
CROSSING

SCALE IN FEET
15  30  60

PRIVATE PROPERTY
~ CONTRACTOR STAGING NOT ALLOWED ~



Dallas Park & Recreation

Canterbury / Edgefield - Pathway Improvement

Kessler Steps

SITE PLAN

SP2.01

ISSUE DATE: 8/18/2017
DRAWN: lts
CHECKED: kb
SHEET # 16022

REVISIONS

la terra studio
2109 Commerce ~ Dallas ~ Texas ~ 75201
214.749.0333

Dig Safely 1.800.DIG-TESS or 811
2 Working Days BEFORE You Dig!
CALL 1.800.DIG-TESS
www.digtess.org

SHEET NOTES
• PROTECT EXISTING AND HISTORIC SITE ELEMENTS TO REMAIN. CONTACT CITY PRIOR TO CONSTRUCTION ACTIVITIES.
• ALL PROPERTY BOUNDARIES SHALL BE LOCATED BY THE CITY. THE CONTRACTOR IS RESPONSIBLE FOR DELINEATING, MARKING, FLAGGING, AND MAINTAINING AS SUCH THROUGHOUT THE DURATION OF THE PROJECT.
• CLEARCUTTING PROHIBITED – CONTACT Karen Woodard City Forester 214.709.3822 PRIOR TO ANY TREE REMOVAL.
• NEW STONE MASONRY / ROCKERY WALLS TO MATCH EXISTING MATERIALS, COLORS, CRAFTSMANSHIP ETC.
• CONTRACTOR TO REPAIR ANY DAMAGE TO EXISTING CONCRETE, UTILITIES, IRRIGATION, PLANTING AREAS OR TURF AREAS AT NO ADDITIONAL COST TO THE CITY.
• CONTRACTOR RESPONSIBLE FOR COMPLIANCE WITH LOCAL, STATE, AND FEDERAL REGULATIONS.
• ALL OTHER DISTURBED (staging, etc.) AREAS TO RECEIVE SOLID BERMUDA SOD AT NO ADDITIONAL COST TO THE OWNER.

© 2017 la terra studio, inc. All Rights Reserved  FILE: 100% CDs.dgn



SHEET

SP2.02

SITE PLAN

Dallas Park & Recreation

Canterbury / Edgefield - Pathway Improvement

Kessler Steps

ISSUE DATE:   8/18/2017
REVISIONS

DRAWN:  kb   CHECKED:  lts   -lts-  #  16022

**la terra studio**
2109 Commerce – Dallas – Texas – 75201
214.749.0333

REGISTERED LANDSCAPE ARCHITECT
KRIS M. BROAD
STATE OF TEXAS
2117

**Dig Safely** 1.800.DIG-TESS
OR 811
www.digtess.org
CALL
2 Working Days BEFORE You Dig!

**SHEET NOTES**
● PROTECT EXISTING AND HISTORIC SITE ELEMENTS TO REMAIN.  CONTACT CITY PRIOR TO CONSTRUCTION ACTIVITIES.
● ALL PROPERTY BOUNDARIES SHALL BE LOCATED BY THE CITY.  THE CONTRACTOR IS RESPONSIBLE FOR DELINEATING,
  MARKING, FLAGGING, AND MAINTAINING AS SUCH THROUGHOUT THE DURATION OF PROJECT.
● SEARCH LIGHTS PROHIBITED – CONTACT City Forester 214.709.3622 PRIOR TO ANY TREE REMOVAL.
● NEW STONE MASONRY / ROCKERY WALLS TO MATCH EXISTING MATERIALS, COLORS, CRAFTSMANSHIP ETC.
● CONTRACTOR TO REPAIR ANY DAMAGE TO EXISTING CONCRETE, UTILITIES, IRRIGATION, PLANTING AREAS OR TURF
  AREAS AT NO ADDITIONAL COST TO THE CITY.
● CONTRACTOR RESPONSIBLE FOR COMPLIANCE WITH LOCAL, STATE, AND FEDERAL REGULATIONS.
● ALL OTHER DISTURBED (staging, etc.)AREAS TO RECEIVE SOLID BERMUDA SOD AT NO ADDITIONAL COST TO THE OWNER.

~MATCH LINE~

~MATCH LINE~

~ PRIVATE PROPERTY ~
~ CONTRACTOR STAGING NOT ALLOWED ~

~ PRIVATE PROPERTY ~
~ CONTRACTOR STAGING NOT ALLOWED ~

MORTAR-SET FLAGSTONE ON CONCRETE BASE (LEVEL)

EXISTING HISTORIC ROCKERY WALL **PROTECT IN PLACE**
STONE MASONRY WALL ** 98 L.F.

STONE MASONRY WALL ** 26 L.F.

**CONSTRUCTION TO MATCH EXISTING ROCKERY WALL STONEMASONRY**

EXISTING CONCRETE WALL (TO REMAIN)

EXISTING SANITARY SEWER

MORTAR-SET FLAGSTONE ON CONCRETE BASE

NEW STEPS (typ.)
STABILIZED DECOMPOSED GRANITE PATHWAY (Approx. 318 s.f. To MATCHLINE)

EXISTING CAST CONCRETE STEP REMNANTS TO BE RELOCATED ON-SITE (FOR DECORATION ONLY) LOCATIONS TBD (100' Max. Distance)

EXISTING WATERLINE

SCALE IN FEET
0   5   10   15   20

© 2017 la terra studio, inc. All Rights Reserved   FILE:100% CDs.dgn

**Exhibit B**

**Page 5**



SCALE IN FEET
0  5  10  15  20

W. CANTERBURY COURT

INSTALL NEW HANDRAILING
ONE SIDE 36' L.F. (THIS SECTION ONLY)

EXISTING STEPS

BEGIN NEW STEPS

MORTAR-SET FLAGSTONE ON CONCRETE BASE AT LANDINGS

EXISTING HISTORIC ROCKERY WALL
**PROTECT IN PLACE**

EXISTING HISTORIC ROCKERY WALL**
**PROTECT IN PLACE**

STONE MASONRY BUTTRESS WALL**

STONE MASONRY BUTTRESS WALL**

~ PRIVATE PROPERTY STAGING NOT ALLOWED ~

~ PRIVATE PROPERTY STAGING NOT ALLOWED ~

~ CONTRACTOR STAGING NOT ALLOWED ~

~ CONTRACTOR STAGING NOT ALLOWED ~

CONSTRUCTION TO MATCH EXISTING
ROCKERY WALL STONEMASONRY

STONE MASONRY BUTTRESS WALL**

EXISTING 18" RCP DRAIN OUTLET
(intermittent)

STABILIZED DECOMPOSED GRANITE PATHWAY

MORTAR-SET FLAGSTONE
ON CONCRETE BASE

~MATCH LINE~

SHEET NOTES

• PROTECT EXISTING AND HISTORIC SITE ELEMENTS TO REMAIN.  CONTACT CITY PRIOR TO CONSTRUCTION ACTIVITIES.
• ALL PROPERTY BOUNDARIES SHALL BE LOCATED BY THE CITY.  THE CONTRACTOR IS RESPONSIBLE FOR DELINEATING,
  MARKING, FLAGGING, AND MAINTAINING AS SUCH THROUGHOUT THE DURATION OF THE PROJECT.
• CLEARING IS PROHIBITED ED.  CONTACT CONTACT Karen Woodard City Forester 214.709.3622 PRIOR TO ANY TREE REMOVAL.
• NEW STONE MASONRY / ROCKERY WALLS TO MATCH EXISTING MATERIALS, COLORS, CRAFTSMANSHIP ETC.
• CONTRACTOR TO REPAIR ANY DAMAGE TO EXISTING CONCRETE, UTILITIES, IRRIGATION, PLANTING AREAS OR TURF
  AREAS AT NO ADDITIONAL COST TO THE CITY.
• CONTRACTOR IS RESPONSIBLE FOR COMPLIANCE WITH LOCAL, STATE, AND FEDERAL REGULATIONS.
• ALL OTHER DISTURBED (staging, etc.) AREAS TO RECEIVE SOLID BERMUDA SOD AT NO ADDITIONAL COST TO THE OWNER.

2 Working Days BEFORE You Dig!
CALL
Dig Safely 1.800.DIG-TESS OR 811
www.digtess.org

la terra studio℠
2109 Commerce ~ Dallas ~ Texas ~ 75201
214.749.0333

Kessler Steps

Dallas Park
& Recreation

Canterbury / Edgefield - Pathway Improvement

SITE PLAN

ISSUE DATE:  8/18/2017
REVISIONS

DRAWN:  lts    CHECKED:  kb  ~lts~ # 16022

SHEET
SP2.03

REGISTERED LANDSCAPE ARCHITECT
KRISTIN W. BROCKMAN
2111
STATE OF TEXAS

© 2017 la terra studio, inc. All Rights Reserved  FILE: 100% CDs.dgn



SCALE IN FEET
0   5   10   15   20

~ MATCH LINE STA. XX+XX ~

PRIVATE PROPERTY
~ CONTRACTOR STAGING NOT ALLOWED ~

PRIVATE PROPERTY
~ CONTRACTOR STAGING NOT ALLOWED ~

N. EDGEFIELD AVENUE

RAISED PEDESTRIAN CROSSING

468.00
468.50
468.50

466.50
467.50
467.00

470.00

465.00
466.00
465.50

470.00
467.00

467.00
467.00

463.60

467.00
467.00

464.50
467.00
467.00

463.60

FLUSH w/ B.O.C.

463.50
464.00
463.50

FLUSH w/ B.O.C.

467.00

467.00

Kessler Steps

Canterbury / Edgefield – Pathway Improvement

Dallas Park & Recreation

GP2.01

GRADING PLAN

ISSUE DATE: 8/18/2017
DRAWN: lts   CHECKED: kb
REVISIONS   SHEET – lts – # 16022

REGISTERED LANDSCAPE ARCHITECT
KRIS M. BROADUS
2111
STATE OF TEXAS

2 Working Days BEFORE You Dig!
Dig Safely 1.800.DIG-TESS
CALL  OR  811
www.digtess.org

SHEET NOTES

• PROTECT EXISTING AND HISTORIC SITE ELEMENTS TO REMAIN.  CONTACT CITY PRIOR TO CONSTRUCTION ACTIVITIES.
• ALL PROPERTY BOUNDARIES SHALL BE LOCATED BY THE CITY.  THE CONTRACTOR IS RESPONSIBLE FOR DELINEATING, MARKING, FLAGGING, AND MAINTAINING AS SUCH THROUGHOUT THE DURATION OF THE PROJECT.
• CLEARCUTTING PROHIBITED – CONTACT Karen Woodard, City Forester 214.703.9622 PRIOR TO ANY TREE REMOVAL.
• NEW STONE MASONRY / ROCKERY WALLS TO MATCH EXISTING MATERIALS, COLORS, CRAFTSMANSHIP ETC.
• CONTRACTOR TO REPAIR ANY DAMAGE TO EXISTING CONCRETE, UTILITIES, IRRIGATION, PLANTING AREAS OR TURF AREAS AT NO ADDITIONAL COST TO THE CITY.
• CONTRACTOR RESPONSIBLE FOR COMPLIANCE WITH LOCAL, STATE, AND FEDERAL REGULATIONS.
• ALL OTHER DISTURBED (staging, etc.,)AREAS TO RECEIVE SOLID BERMUDA SOD AT NO ADDITIONAL COST TO THE OWNER.

la terra studio
2109 Commerce ~ Dallas ~ Texas ~ 75201
214.749.0333

© 2017 la terra studio, inc. All Rights Reserved   FILE: 100% CDs.dgn

Exhibit B

Page 7



Canterbury / Edgefield - Pathway Improvement

**Kessler Steps**

Dallas Park
& Recreation

**GP2.02**

SHEET: # 16022

GRADING PLAN

ISSUE DATE: 8/18/2017
REVISIONS

DRAWN: lts   CHECKED: kb   –lts– # 16022

la terra studio℠
2109 Commerce ~ Dallas ~ Texas ~ 75201   214.749.0333

2 Working Days BEFORE You Dig!
CALL
Dig Safely 1.800.DIG-TESS OR 811
www.digtess.org

~ MATCH LINE ~

~ MATCH LINE ~

~ PRIVATE PROPERTY
CONTRACTOR STAGING NOT ALLOWED ~

~ PRIVATE PROPERTY
CONTRACTOR STAGING NOT ALLOWED ~

SCALE IN FEET
0  5  10  15  20

T.W. 486.00
T.W. 486.00
483.85
484.00
T.W. 486.00
T.W. 486.00
T.W. 485.50
483.10  483.30
483.10  483.30
T.W. 484.00
482.25  482.50
481.75
481.60
480.50
T.W. 484.00
479.95  481.00
479.40
479.00  T.W. 484.00
478.00
478.50
477.00
477.00
476.50
475.50
471.00
475.00
474.50
474.00
473.50
473.00
472.00
471.00

SHEET NOTES

• PROTECT EXISTING AND HISTORIC SITE ELEMENTS TO REMAIN. CONTACT CITY PRIOR TO CONSTRUCTION ACTIVITIES.
• ALL PROPERTY BOUNDARIES SHALL BE LOCATED BY THE CITY. THE CONTRACTOR IS RESPONSIBLE FOR DELINEATING, MARKING, FLAGGING, AND MAINTAINING AS SUCH THROUGHOUT THE DURATION OF THE PROJECT.
• CLEARING IS PROHIBITED – CONTACT Karen Woodard, City Forester 214.709.3622 PRIOR TO ANY TREE REMOVAL.
• NEW STONE MASONRY / ROCKERY WALLS TO MATCH EXISTING MATERIALS, COLORS, CRAFTSMANSHIP ETC.
• CONTRACTOR TO REPAIR ANY DAMAGE TO EXISTING CONCRETE, UTILITIES, IRRIGATION, PLANTING AREAS OR TURF AREAS AT NO ADDITIONAL COST TO THE CITY.
• CONTRACTOR IS RESPONSIBLE FOR COMPLIANCE WITH LOCAL, STATE, AND FEDERAL REGULATIONS.
• ALL OTHER DISTURBED (staging, etc.) AREAS TO RECEIVE SOLID BERMUDA SOD AT NO ADDITIONAL COST TO THE OWNER.

REGISTERED LANDSCAPE ARCHITECT
KRISTI M. BROOKS
2111
STATE OF TEXAS

© 2017 la terra studio, inc. All Rights Reserved   FILE:100% CDs.dgn



W. CANTERBURY COURT

SCALE IN FEET

EXISTING STEPS
BEGIN NEW STEPS

CONTRACTOR STAGING NOT ALLOWED
PRIVATE PROPERTY STAGING NOT ALLOWED

CONTRACTOR STAGING NOT ALLOWED
PRIVATE PROPERTY STAGING NOT ALLOWED

MATCH LINE

496.00
485.00
484.00
493.50
492.50
491.50
490.50
489.50
493.00
491.00
490.00
T.W. 497.50
T.W. 497.50
492.00
493.00
T.W. 491.50
T.W. 487.00
T.W. 487.50
T.W. 491.50
T.W. 493.00
T.W. 493.00
489.00
488.50
487.00
486.00
485.00
484.00
484.50
T.W. 489.00
T.W. 488.00
T.W. 487.00

Kessler Steps

Canterbury / Edgefield – Pathway Improvement

Dallas Park & Recreation

ISSUE DATE: 8/18/2017
DRAWN: kb    CHECKED: kb
REVISIONS
GRADING PLAN
GP2.03
SHEET # 16022

REGISTERED LANDSCAPE ARCHITECT
KRIS W. BROWDER
2111
STATE OF TEXAS

2 Working Days BEFORE You Dig!
Dig Safely 1.800.DIG-TESS
CALL
www.digtess.org

la terra studio
2109 Commerce ~ Dallas ~ Texas ~ 75201
214.749.0333

SHEET NOTES
• PROTECT EXISTING AND HISTORIC SITE ELEMENTS TO REMAIN.  CONTACT CITY PRIOR TO CONSTRUCTION ACTIVITIES.
• ALL PROPERTY BOUNDARIES SHALL BE LOCATED BY THE CITY.  THE CONTRACTOR IS RESPONSIBLE FOR DELINEATING,
  MARKING, FLAGGING, AND MAINTAINING AS SUCH THROUGHOUT THE DURATION OF THE PROJECT.
• CLEARING IS PROHIBITED TO.  CONTACT CITY FORESTER Karen Woodard City Forester 214.709.3622 PRIOR TO ANY TREE REMOVAL.
• NEW STONE MASONRY / ROCKERY WALLS TO MATCH EXISTING MATERIALS, COLORS, CRAFTSMANSHIP ETC.
• CONTRACTOR TO REPAIR ANY DAMAGE TO EXISTING CONCRETE, UTILITIES, IRRIGATION, PLANTING AREAS OR TURF
  AREAS AT NO ADDITIONAL COST TO THE CITY.
• CONTRACTOR IS RESPONSIBLE FOR COMPLIANCE WITH LOCAL, STATE, AND FEDERAL REGULATIONS.
• ALL OTHER DISTURBED (staging, etc.) AREAS TO RECEIVE SOLID BERMUDA SOD AT NO ADDITIONAL COST TO THE OWNER.

© 2017 la terra studio, inc. All Rights Reserved  FILE: 100% CDs.dgn



1 DETAILED SECTION / ELEVATION VIEW - C.I.P. STEPS
NOT TO SCALE

DETAILED VIEW - TYP. STONE COLUMN
NOT TO SCALE

2 DETAILED SECTION / ELEVATION VIEW - C.I.P. STEPS / RIP-RAP & STONE WALL INTERFACE
NOT TO SCALE

Canterbury / Edgefield - Pathway Improvement

REGISTERED LANDSCAPE ARCHITECT KRIS M. BROWN 2117 STATE OF TEXAS — Not For Construction

Kessler Steps

Dallas Park & Recreation

| ISSUE DATE: | 8/18/2017 | DRAWN: lts | CHECKED: kb | ~lts~ # 16022 |
|---|---|---|---|---|
| REVISIONS | | | | SHEET |
| | | SITE DETAIL | | SD2.01 |

la terra studio℠
2109 Commerce ~ Dallas ~ Texas ~ 75201
214.749.0333

© 2017 la terra studio, inc. All Rights Reserved FILE: 100% CDs.dgn

Department of
Park and Recreation

City of Dallas
Texas

Standard Construction Details

for
City of Dallas
Park and Recreation Department

Typical Construction Details
PAVEMENT &
PARKING
DETAILS

TYPICAL STAIR
SECTION

issue date

revisions

DETAIL A-13



1-1/2" O.D. GALVANIZED STEEL HANDRAIL ON BOTH SIDES OF STEPS (AS REQUIRED). REFERENCE TECHNICAL SPECIFICATIONS FOR COLOR - CONTRACTOR TO SUBMIT SAMPLES FOR APPROVAL.

RAIL STRAPS SPACED AT 3'-0" (TYP.). REF. DETAIL E-15. CONTRACTOR TO SUBMIT SAMPLES FOR APPROVAL.

5" THICK CONCRETE LANDING OR SIDEWALK

DOWELED EXPANSION JOINT REFER TO DETAIL A2

34"-38"

12"

MIN. 1x TREAD WIDTH

EQ. (8'-0" MAX.)

5" MIN. 7" MAX.

11" MIN.

EQ. (8'-0" MAX.)

34"-38"

1-1/2" MIN. (12" MIN.)

2" SELECT FILL

#4 BARS @ 12" O.C.E.W.

#4 REBAR @ EACH TREAD FOR WIDTH OF STAIR

95% COMPACTED SUBGRADE

5" THICK CONCRETE LANDING OR SIDEWALK

DOWELED EXPANSION JOINT REFER TO DETAIL A2

REINFORCED CONCRETE FOOTER AT TOP AND BOTTOM OF EACH FLIGHT OF STAIRS. 18" DEPTH x 12" LENGTH x FULL WIDTH OF STAIRWAY W/ 2 #4'S TOP AND BOTTOM AND #3 LOOPS AT 12" O.C.

5" THICK CONCRETE LANDING OR SIDEWALK

α

1/2" MAX RADIUS

NOTES:

REF. GRADING PLAN FOR NUMBER OF STEPS AND DIMENSION OF TREADS AND RISER HEIGHT.

R = RISER HT. PLUS TREAD SLOPE

GENERAL NOTES:

1. REFER TO PLAN FOR STEP TREAD AND RISER QUANTITY AND DIMENSIONS.
2. SLOPE TREAD @ 10% MAX FOR DRAINAGE.
3. UNLESS NOTED OTHERWISE, STAIR FINISH SHALL BE A NON-SLIP HORIZONTAL BROOM FINISH.
4. ALL DIMENSIONS AND MATERIALS FOR STAIRS SHALL COMPLY WITH SECTIONS 504 AND 505 OF THE TEXAS ACCESSIBILITY STANDARDS (MARCH 2012).
5. POSTS SHALL BE SURFACE MOUNTED, CORED, SLEEVED OR SET IN POST FOOTERS - REFERENCE TECHNICAL SPECIFICATIONS AND/OR PROJECT SPECIFIC DETAIL FOR MOUNTING.

SCALE: 1/2"=1'-0"

A / 13   TYPICAL STAIR DETAILS



Photo 1.  Forms for steps, no ramp or other provision for accessible route.

Photo 2.  Forms for steps, no ramp or other provision for accessible route



**Exhibit C**

Case 3:17-cv-03026 ~~Texas Department of Licensing and Regulation~~ Document 6 Filed 11/01/17 Page 21 of 28 PageID 59

**Architectural Barriers Project Registration Confirmation Page**
**Wednesday , October 12, 2016**
**EABPRJB7802477**

---

PERSON FILING FORM
Name: kris brown      Phone: 214-749-0333
Person Address:   2700 Swiss Avenue STE 100, dallas, tx 75204
Ras Number:  309

Project Name:  The Kessler Steps
Project Address:      Canterbury/Edgefield Pathway Improvement
                       1350-1398 N. Edgefield Avenue
                       Dallas,  TX  75208   County:  Dallas

---

TENANT
Contact Name:     Phone:
Contact Address:

---

BUILDING/FACILITY Name:  Canterbury/Edgefield Pathway Improvement
FACILITY Owner:  City of Dallas   Phone:  214-670-4105
Owner Address:   1500 Marilla Street 6-FS, Dallas, TX 75201
Contact Name:   Richard Stauffer, P.E.   Phone:
Contact Address:

---

DESIGN FIRM Name: la terra studio?   Phone: 214-749-0333

Firm Address:  2700 Swiss Avenue, Dallas, TX 75204

Designer Name:   Kristopher M. Brown

Type of License:  Landscape Architect   License  Number:  2117

---

PROJECT DESCRIPTION
Start Date: 01/2018   Completion  date: 06/2018   Estimated  Cost: $150,000.00
Type of W ork:  Renovation/Alteration
Type of Funds:   This project involves public funds, public land, or is a state lease.
Are the private funds provided by a tenant?       No
State Lease No. :
Scope of W ork:  Renovation / Preservation of an existing pathway consisting of historically significant stone steps connecting W.Canterbury Ct. and N. Edgefield Avenue, A.K.A. "The Kessler Steps". The project area conveys along a 30' strip of public right of-way with an approximate (projected) distance of 400 linear feet.
Does this building(s) have more than one level?       Not a building
Are there any elevators, escalators, or platform lifts in this building?        Not a building
Are there any boiler in this building?      Not a building

---

This AB Project registration Confirmation Page, construction documents, and applicable fees must be submitted in accordance with the Texas Administrative Code Chapter 68, Rule 68.51.

If TDLR will be performing the review or inspection services, see Rule 68.80.

If a RAS will be performing the review or inspection services, please contact the RAS as they set and collect their own fees, see Rule 68.75.

In accordance with Rule 68.52, the owner of a building or facility must also obtain an inspection from the department or a registered accessibility specialist not later than the first anniversary of the completion of construction. Request for inspection shall be made by completing the Request for Inspection form and submitting it no later than 30 calendar days after the completion of construction.

**Exhibit D**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DON'T DISMYABILITIES, INC.,** | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO.** |
| | § | |
| **v.** | § | |
| | § | **CLASS ACTION COMPLAINT OF** |
| **THE CITY OF DALLAS** | § | **DISABILITY ACCOMMODATIONS** |
| **Defendant.** | § | **DISCRIMINATION** |
| | § | |

*AFFIDAVIT OF FACT OF*
*FRED DWAIN CAWYER  AIA, RAS, NCARB, APA*

BEFORE ME, the undersigned authority, on this day personally appeared Fred Dwain Cawyer, who, after being by me duly sworn, deposed and stated the following:

1. My name is Fred Dwain Cawyer,, I am over the age of eighteen (18) years of age, competent to make this affidavit and have personal knowledge of each of the matters stated herein and they are true and correct.

2. I am a Registered Accessibility Specialist, licensed by the Texas Department of Licensing and Regulation to review architects' buildings and facilities construction documents covered by the Architectural Barriers Act to determine compliance with the Texas Accessibility Standards and to physically inspect the subsequent construction of privately funded buildings and facilities having an estimated construction cost of $50,000 or more to determine construction compliance with the Texas Accessibility Standards within one year of the construction completion date.

3. I have a Bachelor of Science in Industrial Management from Abilene Christian University, a Bachelor of Environmental Design from Texas A&M University, and a Master of Architecture from Texas A&M University.  My resume is attached hereto as Exhibit A and the statements therein are from my personal knowledge and are true and correct.

4. I was retained by Don't DisMyAbilities, Inc. in this case to assess the compliance of the City of Dallas with Title II of the Americans with Disabilities Act and the Texas

**Exhibit E**

Architectural Barriers Act.

5.     I have reviewed the Kessler Steps Pathway Improvement Plan attached to the Complaint in this case as Exhibit B and have personally reviewed the Pathway site and find that it does not meet the accessibility standards of either the Americans with Disabilities Act Accessibility Guidelines or the Texas Accessibility Standards and is not readily accessible to and usable by individuals with disabilities.

6.     The standards for an accessible route are set out in ADAAG/TAS §402.2 Components, "Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts.  All components of an accessible route shall comply with the applicable requirements of Chapter 4." And the Kessler Steps Pathway Improvement Plan does not meet these standards.

7.     The construction shown in photos 1 and 2 of Exhibit C of Plaintiffs Original Complaint do not meet the standards for an accessible route are set out in ADAAG/TAS §402.2.

8.     The Texas Architectural Barrier Act requires that when a property owner engages in new construction or alters a covered facility and the cost of the construction is over $50,000, it must submit the construction plans to the Texas Department of Licensing and Regulation for review and approval before the beginning of construction.

9.     Based on my review of the Kessler Steps Pathway Improvement Plan, it is my opinion that facility construction plans fails to comply withe the Americans with Disabilities Act Accessibility Guidelines or the Texas Architectural Barriers Act and the facility, if constructed to the plans would not comply with either law.

FURTHER AFFIANT SAITH NOT

*AFFIDAVIT OF FACT OF*
*FRED DWAIN CAWYER  AIA, RAS, NCARB, APA*                                            *Page 2*

**Exhibit E**

## VERIFICATION

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| | § |
| | § |
| COUNTY OF DALLAS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Fred Dwain Cawyer, who after having been duly sworn, stated that he has read the above and foregoing, that the statements therein are within his personal knowledge, and that they are true and correct.

_____
Affiant

SWORN TO AND SUBSCRIBED before me by the said Fred Dwain Cawyer, on this 31st day of October 2017 to certify which, witness my hand and seal of office.

_____
NOTARY PUBLIC FOR THE
STATE OF TEXAS



MICHAEL YOUNG
Notary Public
State of Texas
Comm. Expires 12/17/2018

*AFFIDAVIT OF FACT OF*
*FRED DWAIN CAWYER  AIA, RAS, NCARB, APA*                      *Page 3*

**Exhibit E**

# Fred Dwain Cawyer  *AIA, RAS, NCARB, APA*
**"Universal Design" Accessibility Consultant**

---

**EDUCATION**
**Bachelor of Science - Industrial Management**
*Abilene Christian University (ACU) / Abilene, Texas – 1975*

> A cross-disciplined program dealing with both Business Administration and Industrial Technology.  Areas of study included:  Accounting, Economics, Business Law, Financial Management; and, Architectural, Structural, Mechanical / Electrical / Plumbing Systems drawing documentation, Crafts, Power Mechanics, Welding, and Woodworking.

**Bachelor of Environmental Design -**
*Texas A&M University (TAMU) / College Station, Texas - 1978*

> Undergraduate - Liberal Arts / "Pre-Architecture" Program

**Master of Architecture - (Simultaneous degrees)**
*Texas A&M University (TAMU) / College Station, Texas - 1978*

> Graduate School: "Building Design" Option, with an emphasis in Healthcare planning and design.

**EXPERIENCE**
*A. Carl Preston AIA - Architect - 1975*

> Abilene, Texas (Summer before TAMU studies)
> <u>Position</u> - Introduction to architectural practice prior to graduate school at TAMU.

*HKS, INC. Architects / Engineers / Planners*

> Dallas, Texas - January 1979 to March 1991
> <u>Position</u> - Began professional career as an "architect-intern" and evolved into Architectural Job Captain, Project Architect, and Associate / Project Manager positions of responsibility - specializing in Project Management and Construction Administration of large scale commercial architecture.

*CAWYER+ASSOCIATES / ARCHITECTS*

> Garland, Texas - March 1991 to September 1993
> <u>Position</u> - Founder

**Exhibit A**                    **Page 1**

# Fred Dwain Cawyer  *AIA, RAS, NCARB, APA*
**"Universal Design" Accessibility Consultant**

---

**EXPERIENCE – Continued:**

*The Associates Corporation of North America (Now CitiCorp)*

Irving, Texas - September 1993 to October 1994

<u>Position</u> - Senior Real Estate Director, challenged with the real estate portfolio development and management of over 100 commercial leasespaces located throughout the United States and Canada.  The Associates was a $30 billion financial services company owned by the Ford Motor Company during tenure.

*C+S/A, Ltd. – Cawyer + Stephens / Architects*

Mesquite, Texas - October 1994 to February 2005

<u>Position</u> - Founding Principal of a full-service Architectural design firm specializing in Programming, Master Site Development Planning and Architectural design & documentation and construction administration consulting services.

*CSM/A, Ltd. – CawyerStephensMarks / Architects*

Mesquite, Texas - October 1994 to July 2006

<u>Position</u> - Founding Principal of a full-service Architectural design firm  specializing in healthcare architecture - programming, master site development planning and architectural design & documentation and construction administration consulting services.

*ARS - Accessibility Resource Specialists, PLLC*

Mesquite, Texas - 1995 to present

<u>Position</u> - Founding Principal - Registered Accessibility Specialists (RAS #0086) specializing in accessibility consulting, as certified by the Texas Department of Licensing and Regulation to provide Texas Accessibility Standards (TAS) <u>Plan Reviews</u> and on-site <u>Inspections</u> on behalf of the State of Texas.

*Cawyer & Associates Consulting, LLC*

Mesquite, Texas - 2007 to present

<u>Position</u> - State of Texas HUB – Historically Underutilized Business Certificate #120578894200 - Specializing in Fair Housing Act (FHA) multifamily residential and commercial accessibility consulting, as certified by the Texas Department of Licensing and Regulation to provide Texas Accessibility Standards (TAS) <u>Plan Reviews</u> and on-site <u>Inspections</u> on behalf of the State of Texas.

**Exhibit A**                                                              **Page 2**

# Fred Dwain Cawyer *AIA, RAS, NCARB, APA*
**"Universal Design" Accessibility Consultant**

---

| | |
|---|---|
| **REGISTRATIONS** | ***Licensed Architect & Interior Designer*** |

<div></div>

Architect - State of Florida - No. AR 91417 (currently inactive)
Architect - State of Texas - No. 08209
Interior Designer - State of Texas - No. 00614

***National Council of Architectural Registration Boards:***

Certificate Holder No. 26338 *(Allows reciprocal architectural license with other State Boards)*

**HONORS**

***Student Achievements:***

**Sigma Tau Epsilon** / Honorary Industrial Technology Organization @ ACU

**Tau Sigma Delta** / Honorary Architectural Design Organization @ TAMU

**Alpha Rho Chi Metal** / National Professional Organization of Architectural Students - ***1979 Metal award recipient at Texas A&M University for "Outstanding Leadership, Service and Merit".***

***Local Professional Achievements:***

**Member and / or Former Chairman**

Dallas Chapter / American Institute of Architects (D/AIA)

**Committees:**
Interior Architecture – Founder & Former Chairman
Architecture for Health – Former Member
Design Awards Program – Former Chairman
Honor Awards – Former Member
Leadership Dallas / AIA – Participant & Co-Chair
Dallas / AIA Foundation – Former Board Member
Small Firm Roundtable - Member
**Commissioner:**
Environment and Design Commission
Community Services Commission
Professional Practice Commission

Former Member - Appointed by the Dallas County Commissioners Court to participate as a Member of the **Dallas County Project Management Advisory Committee**

Selected by **Dallas / AIA** as an Outstanding **Young Architect of the Year – 1987**

**Exhibit A**                                                                                  **Page 3**

# Fred Dwain Cawyer *AIA, RAS, NCARB, APA*
**"Universal Design" Accessibility Consultant**

---

| | |
|---|---|
| **HONORS – Continued:** | ***State Level Involvement - Professional Achievements:*** **Member and / or Former Chairman - Former Chairman of Texas Society of Architects (TSA) - Student Liaison Committee - Initiated TSA "Statewide Student Design Competition" @ TSA Annual Conventions** |
| | **Outstanding Alumni Award** - Industrial Technology Department – Abilene Christian University - **1992**. |
| | Former Member and Chairman – **City of Garland MAIN STREET (Texas Historical Commission) – "DESIGN COMMITTEE"** |
| | Former Member – President's Council of **Christian Care Centers** |
| | Past President (2004) / Former Member – **OLD TOWN MESQUITE – Downtown Mesquite - Main Street Association** |
| | Former Member - **CITY OF MESQUITE - URBAN DESIGN TASK FORCE** |
| **MEMBERSHIPS** | *Dallas Chapter / American Institute of Architects (D/AIA)* *Texas Society of Architects (TAS)* *American Institute of Architects (National AIA)* *Preservation Dallas & Dallas Architectural Forum* *2010 President, Charter Member & Board of Director of TRASA - Texas Registered Accessibility Specialists Association* *Coalition of Texans with Disabilities (CTD)* |
| **INTERESTS** | Church / Family Activities; Former Assistant Scoutmaster - Boy Scouts of America; Sailing; Golf; Tennis; Racquetball; and, Music; and, Chairman of the Harborview Homeowners Association – Architectural Control Committee |
| **REFERENCES & PORTFOLIO** | *Detailed Professional and Client references available upon request.* |